# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1074
_____

TYRONE R. HARTSFIELD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 7, 2019


PER CURIAM.

The petition for writ of mandamus is denied on the merits.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tyrone R. Hartsfield, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.